**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WITS BASIN PRECIOUS MINERALS, INC., *et al.*,

Plaintiffs,

vs.

STANDARD METALS PROCESSING, INC., f/k/a Standard Gold, Inc.,

Defendant.

Case No. 2:14-cv-01459-GMN-CWH

**ORDER**

This matter is before the Court on defense counsel's Unopposed Motion to Withdraw as Attorney (doc. # 42), filed November 13, 2015.

In the instant motion, defense counsel requests leave to withdraw as counsel of record for Defendant Standard Metals Processing, Inc. The motion indicates that counsel has been unable to obtain payment for legal fees and costs. Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." The motion indicates that notice was served on the affected parties, including opposing counsel. Further, defense counsel has established good cause for the withdrawal.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that defense counsel's Unopposed Motion to Withdraw as Attorney (doc. # 42) is **granted**.

**IT IS FURTHER ORDERED** that Defendant Standard Metals Processing, Inc. shall have until **Tuesday, December 1, 2015**, to advise the Court of the new counsel it retains, as a corporation may appear

in federal court only through licensed counsel. See U.S. v. High Country Broad. Co., Inc., 3 F.3d 1244, 1245 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that the Clerk of Court shall add the last known address of Defendant Standard Metals Processing, Inc. to the civil docket and serve it with a copy of this order:

Standard Metals Processing, Inc.
611 Walnut Street
Gadsden, Alabama 35901

**IT IS FURTHER ORDERED** that a status hearing is set for **Thursday, December 10, 2015 at 9:00 a.m.** in LV Courtroom 3C. If notice of new counsel paperwork is filed prior to the hearing date, the hearing will be vacated.

Dated: November 16, 2015

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**